Frank W. Gibson, Administrator of Estate of Matilda
Hansen, Deceased, Appellant, v. A. P. Shearburn,
Appellee.

Gen. No. 9,448.

opinion filed September 19, 1939. McCalmont, Ramsay & Bull, for appellant; Karl Yost, of counsel; Claude Brown and J. L. Spaulding, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''